578 S.E.2d 51

Jerald Lorenzo JACKSON, Appellant,

v.

COMMONWEALTH of Virginia, Appellee.

Record No. 3238–01–1.

Court of Appeals of Virginia.

March 11, 2003.

Before: FITZPATRICK, C.J., and BENTON, ELDER, ANNUNZIATA, BUMGARDNER, FRANK, HUMPHREYS, CLEMENTS, FELTON and KELSEY, JJ.

## UPON A PETITION FOR REHEARING EN BANC.

On February 19, 2003 came the appellant, by court-appointed counsel, and filed a petition praying that the Court set aside the judgment rendered herein on February 4, 2003, and grant a rehearing *en banc* thereof.

On consideration whereof, the petition for rehearing *en banc* is granted, the mandate entered herein on February 4, 2003 is stayed pending the decision of the Court *en banc,* and the appeal is reinstated on the docket of this Court.

The parties shall file briefs in compliance with Rule 5A:35. The appellant shall attach as an addendum to the opening brief upon rehearing *en banc* a copy of the opinion previously rendered by the Court in this matter. It is further ordered that the appellant shall file with the clerk of this Court twelve additional copies of the appendix previously filed in this case.